UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LEON LIPPETT #219347,

     Plaintiff,

v

LISA ADRAY,

     Defendant.

NO. 2:18-cv-11175

HON. PAUL D. BORMAN

MAG. JUDGE ANTHONY P. PATTI

---

**STIPULATED ORDER TO AMEND DATES**

The parties, through their counsel, hereby agree to amending the Pretrial

Civil Case Scheduling Order (ECF No. 93) as follows:

Proposed Final Pretrial Order Due:     December 1, 2022

Final Pretrial Conference:     TBD

Trial Date:     TBD

**IT IS SO ORDERED**:


Dated: September 22, 2022     s/Paul D. Borman
                         HON. PAUL D. BORMAN
                         UNITED STATES DISTRICT JUDGE

Stipulated to by:


Dated: <u>September 21, 2022</u>          <u>Mark R. Bendure (w/permission)</u>
                                          Mark R. Bendure (P23490)
                                          Bendure & Thomas, PLC
                                          Attorney for Plaintiff
                                          15450 E. Jefferson Ave, Ste 110
                                          Grosse Pointe Park, MI 48230
                                          (313) 961-1525


Dated: <u>September 21, 2022</u>          <u>/s/ Zachary A. Zurek</u>
                                          Zachary A. Zurek (P80116)
                                          Michigan Dept of Atty General
                                          Assistant Attorney General
                                          Attorney for Defendant Adray
                                          P.O. Box 30217
                                          Lansing, MI 48909
                                          (517) 335-3055